# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 3, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

137607(58)

CHARLES ALLEN and LISA ALLEN,
      Plaintiffs-Appellees,

v

BLOOMFIELD HILLS SCHOOL DISTRICT,
      Defendant-Appellant.

_____

SC: 137607
COA: 275797
Oakland CC: 2005-070739-NI

      On order of the Chief Justice, the motion by the Michigan Association for Justice for leave to file a brief *amicus curiae* is considered and it is GRANTED.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 3, 2009

_____
Clerk